# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Napoleon Willis            Docket No. 7:00-CR-109-1

## Petition for Action on Supervised Release

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Napoleon Willis, who, upon an earlier plea of guilty to Possession With Intent to Distribute in Excess of 50 Grams of Cocaine Base, in violation of 21 U.S.C. §841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 13, 2001, to the custody of the Bureau of Prisons for a term of 141 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

6. The defendant shall pay a special assessment of $100.00.

Napoleon Willis
Docket No. 7:00-CR-109-1
Petition For Action
Page 2

On August 22, 2008, the imprisonment term was reduced to 121 months pursuant to 18 U.S.C. §3582(c)(2).

Napoleon Willis was released from custody on January 29, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant's release, he has been unable to secure gainful employment. To assist him with job readiness skills, the probation officer is recommending the conditions of supervision be modified to include vocational training, cognitive behavioral training and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in such vocational training program as may be directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The offender shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the offender's proficiency in skills such as reading, writing, mathematics, or computer use.

Napoleon Willis
Docket No. 7:00-CR-109-1
Petition For Action
Page 3

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Djoni B. Barrett
Djoni B. Barrett
U.S. Probation Officer
472-C Western Blvd.
Jacksonville, NC 28546-6862
Phone: (910) 347-9038
Executed On: October 1, 2010

### ORDER OF COURT

Considered and ordered this 5th day of October, 2010, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge